UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIO ORTEGAS RAMOS,<br><br>       Plaintiff,<br><br>  -against-<br><br>UNITED STATES BUREAU OF PRISONS, *et al.*,<br><br>       Defendants. | 21-CV-1050 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued March 7, 2022, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 7, 2022
    New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                Chief United States District Judge